**Peter S. Sarelas, Plaintiff-Appellant, v. Themis Anagnost, Defendant-Appellee.**

**Gen. No. 51,036. (Abstract of Decision.)**

First District, Third Division.

May 11, 1967.

Appellant's petition for rehearing denied June 8, 1967.

Appellee's petition for rehearing denied September 21, 1967.

Peter S. Sarelas, pro se, of Chicago, appellant; Gerald M. Chapman and Edmond Mosley, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**